# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Margarita Perez | : | CIVIL ACTION NO: |
| | : | 3:12-cv-01189 (SRU) |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| Xicohtencatl, LLC, and Facundo Xicohtencatl | : | November 14, 2012 |
|     Defendants. | : | |

## PLAINTIFF'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(a)(2)

Inasmuch as the parties have resolved all disputes in this matter by a private settlement agreement, the plaintiff respectfully requests that the Court grant this voluntary motion to dismiss pursuant to Fed.R.Civ.P. 41(a)(2).

        RESPECTFULLY SUBMITTED
        THE PLAINTIFF, by

        _____/ s /_____
        Peter Goselin ct06074
        The Law Office of Peter Goselin
        557 Prospect Avenue, 2nd Floor
        Hartford, Connecticut 06105
        Tel. 860-580-9675
        Fax 860-232-7818
        pdgoselin@gmail.com

        _____/ s /_____
        Mariusz Kurzyna ct28940
        The Law Office of Mariusz Kurzyna
        19 Bassett Street, P.O. Box 3104
        New Britain, Connecticut 06050
        Tel. 860-357-6070
        Fax 860-606-9560
        mariusz@kurzynalaw.com

CERTIFICATE OF SERVICE

This is to certify that on November 14, 2013, the foregoing Plaintiff's Motion to Dismiss Pursuant to Fed.R.Civ.P. 41(a)(2) was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                 / s /
                           Peter Goselin